IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| John Rogers, | C/A No. 3:18-1227-JFA-SVH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| South Carolina Department of Social Services; Steven B. Suchomski; Linda M. English; Shirley A. Starling; Wendy S. John; Wendy Commander; Breonna Sam; Raquel Hudgies; Jennifer Stuckey; Jennifer Riser; Onesha Washington; Nelson Rosario; and Debra A. Matthews, | |
| Defendants. | |

John Rogers (Plaintiff), proceeding pro se and *in forma pauperis*, brings this action alleging a violation of his civil rights. (ECF No. 1). The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation (Report) and opines that this Court should dismiss the Complaint without prejudice. (ECF No. 12). The Report sets forth in detail the relevant facts and standards of law on this matter, and the Court incorporates such without a recitation.

The Magistrate found that Plaintiff has failed to prosecute his case pursuant to Fed. R. Civ. P. 41. Plaintiff was advised of his right to file objections to the Report, which was

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

entered on the docket on June 29, 2018. However, Plaintiff did not file objections and the time to do so has now expired.[2] In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the Magistrate's recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). The Magistrate Judge has allowed the Plaintiff ample time to respond to the Court's orders and the Plaintiff has failed to do so.

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the Court adopts the Report and Recommendation. Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED.

July 18, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[2] After Plaintiff filed his Complaint, the Magistrate Judge issued an order directing Plaintiff to bring his case into proper form. (ECF No. 6). Plaintiff failed to do so. On June 4, 2018, the Magistrate Judge again issued an order directing Plaintiff to bring his case into proper form. (ECF No. 10). The Magistrate Judge warned Plaintiff that if his case was not brought into proper form within the time permitted the case may be dismissed for failure to prosecute and failure to comply with an order of this court pursuant to Rule 41 of the Fed. R. Civ. P. *Id*. at 1. Plaintiff neither responded nor complied with the Magistrate Judge's order.